AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
| PRYA REH a/k/a Pray Reh | ) Case No. 4:23-mj-713 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 8, 2023__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Benjamin C. Carter, Special Agent, FBI
*Printed name and title*

Date: 9/15/23

*Judge's signature*

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*

City and state: Des Moines, Iowa



FILED
By: Clerk's Office, Southern District of Iowa
10:10 am, Sep 15 2023