IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| ) | Case No.     4:23-MJ-713 |
| ) |  |
| **AFFIDAVIT IN SUPPORT OF** ) |  |
| **APPLICATION FOR CRIMINAL** ) |  |
| **COMPLAINT** ) |  |
| ) |  |
| ) | **[FILED UNDER SEAL]** |

I, Benjamin C. Carter, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been since July 2008.  I am currently assigned to the Des Moines, Iowa Resident Agency of the Omaha Field Office. During the normal course of my duties, I conduct investigations involving a variety of criminal violations, to include violations of federal statutes involving the sexual exploitation of minors, child pornography, and firearms.

2.      Beginning in July 2008, I attended the FBI Academy in Quantico, Virginia, a 20-week training academy for FBI Special Agents. During the academy I received training on investigations into crimes against children and child sex abuse material (CSAM) and  firearms offenses, among many others.   During my employment with the FBI, I was previously assigned to the Cleveland, Ohio Field Office working on an Organized Crime Drug Enforcement Task Force (OCDETF) for approximately six and one-half years.  I conducted investigations of drug trafficking,

FILED
By: Clerk's Office, Southern District of Iowa
10:10 am, Sep 15 2023

money laundering, criminal gang participation, and weapons violations. I also worked in the Waterloo (Iowa) Resident Agency for the FBI, where I conducted investigations into criminal gang violations, drug trafficking, firearms offenses, possession of CSAM, crimes against children, and sex abuse. I have conducted or participated in hundreds of controlled purchases of illegal narcotics and/or firearms and I have been the affiant on numerous search warrants for residences, cellular telephone devices, digital media devices, computers, and commercial structures. Prior to being an FBI Special Agent, I was employed as a Senior Police Officer for the Des Moines, Iowa, Police Department (DMPD) for over 6 years. During my employment with the DMPD, I conducted investigations involving violent crime, firearms crimes, sex abuse and crimes against children.

3.      In connection with my duties and responsibilities as a Special Agent, I have testified in judicial proceedings and prosecutions for multiple criminal code violations; including weapons violations. During my law enforcement career, I have participated in numerous investigations involving the unlawful possession and/or distribution of firearms in violation of state and federal laws, which led to state and federal arrests, and the convictions of violators.

4.      I know from my previous training and experience that pursuant to Title 18, United States Code, Section 922(g)(1), it is unlawful to knowingly receive, possess, or transport a firearm or ammunition in interstate or foreign commerce by a person who has been convicted of a crime punishable by imprisonment for a term exceeding one year.

2

4.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

5.     Based on the facts set forth in this affidavit, there is probable cause to believe that PRYA REH a/k/a Pray Reh ("REH") has committed a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) (felon in possession of a firearm).

## PROBABLE CAUSE

6.     On September 8, 2023, law enforcement executed a search warrant at REH's residence, located in the 3000 block of Shawnee Avenue, Des Moines, Iowa. The house was a single-story, single-family dwelling.

7.     Upon entry, REH was located in the residence, as were two of REH's brothers and REH's father. Police located multiple personal items bearing REH's name in the basement bedroom including his Iowa Driver's License as well as numerous other forms of photo identification and immigration papers. Police located a Glock 27 Gen 5 .40 caliber pistol, with a large extended magazine protruding from the magazine well of the firearm and bearing serial number BUDC179, in a box in a closet within this basement bedroom. Based upon the evidence located in this basement bedroom, coupled with all the information known to me in this investigation, I believe this basement bedroom belonged to and was utilized by REH.

8.      Investigators interviewed REH's two brothers and REH himself during the search warrant execution. All the individuals interviewed above stated that REH lived in the basement, and REH's brothers both specifically stated that REH was the only person who had a bedroom in the basement.

9.      As part of an ongoing investigation into REH, prior to the date of the search of REH's residence, investigators obtained a photo of REH possessing a firearm that is consistent in appearance with the firearm located in REH's basement bedroom closet. Specifically, the photo depicts a hand holding a small frame model Glock pistol (Glock 26 or Glock 27) with a large extended magazine protruding from the magazine well of the firearm. This photo appears to have been taken inside REH's bedroom as a grey concrete block wall and covered basement window are depicted in the photo. This was consistent with REH's actual basement bedroom in the residence which appears to have the same grey block wall and covered window.

10.     In addition to the search warrant of REH's residence, investigators have also obtained and executed a search warrant for REH's telephone, which was located in REH's residence. This telephone was extracted using a Cellebrite device and reviewed by investigators. Among the images stored in REH's telephone was a photograph of REH sitting in a vehicle with a firearm consistent with the firearm located in REH's basement bedroom closet. Specifically, the photo depicts REH's hand, which has very identifiable tattoos, and a small frame Glock pistol with a large extended magazine protruding from the magazine well of the firearm between REH's legs in the vehicle.

11.    An examination of REH's criminal history reveals that prior to September 8, 2023, REH had been convicted of a crime punishable by a term of imprisonment exceeding one year.  Specifically, on April 17, 2019, REH entered a written plea of guilty to Theft in the Second Degree in Iowa District Court for Polk County case number FECR323349, in violation of Iowa Code § 714.1 and 714.2(2), a Class D Felony.  On April 17, 2019, the plea was accepted by that court.  On May 30, 2019, REH was sentenced to five years imprisonment for this conviction. Accordingly, REH is presently prohibited from possessing firearms and/or ammunition under federal law.

12.    A preliminary examination of the Glock 27 Gen 5 .40 caliber pistol bearing serial number BUDC179 has been conducted by an interstate nexus expert with the ATF.  This preliminary examination revealed the firearm was manufactured outside the state of Iowa and therefore traveled in interstate commerce.  Additionally, the pistol meets the definition of a firearm, pursuant to 18 U.S.C. § 921(a)(3).

4:23-MJ-713

## CONCLUSION

13.    Based upon the foregoing facts, there is probable cause to believe that PRYA REH a/k/a Pray Reh has committed a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) (felon in possession of a firearm).

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

_____
Benjamin C. Carter, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ___15___ day of September, 2023.

_____
The Honorable Stephen B. Jackson, Jr.
United States Magistrate Judge
Southern District of Iowa

6