**DEFENDANT'S EXHIBIT A**
**4:23-cr-131**

Dear Judge,

I am writing to you on behalf of Prya Reh, who is currently facing years in prison. I am his mother Ana San. I want to bring to your attention some important information about Prya's character and the impact of his absence has had on our family, Particularly his father. Despite the circumstances leading to this court appearance, I can assure you that Prya has not posed a threat to anyone nor has he caused harm to others since his release. Moreover, Prya's absence has taken a toll on his family, especially his father. Since Prya departure, his father's health has worsened significantly, resulting in his

hospitalization. The stress and worry caused by Prya's absence have contributed to his father declining health, as evidenced by his weight loss and prolonged illness. I firmly believe that Prya's presence is essential for the well-being of his family, especially during this challenging time. With your understanding and consideration, I kindly request that you take into account Prya's circumstances and the impact of his absence on his family when making your decision. Thank you for taking the time to consider my letter.

Sincerly,
His mother Anu San.